**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| PEIYI WANG<br><br>     PLAINTIFF,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security;<br><br>JOSEPH B. EDLOW, in his official capacity as Director of U.S. Citizenship and Immigration Services;<br><br>and<br><br>CARRIE M. SELBY, Acting Associate Director, Service Center Operations Directorate<br><br>     DEFENDANTS. | Case No. 2:26-cv-03433 |

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COMES NOW, Plaintiff PEIYI WANG in accordance with Rule 41(a)(1)(i) of the

Federal Rules of Civil Procedure, and hereby enter this Voluntary Dismissal of this

1

action Without Prejudice as to all parties and all claims.  All parties shall bear their own costs, attorney's fees, and expenses.

Respectfully submitted,
By: /s/ Conor A. Deane, Esq

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  6/17/26

Palladino, Isbell Casazza, LLC
1528 Walnut St, Suite 1701
Philadelphia, PA 19102
Office: (215) 576-9000
Ph.: 206-466-3909
chris@piclaw.com
**Attorney for the Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of June, 2026, I electronically filed the foregoing instrument with the Clerk of the Court using CM/ECF system.

By: /s/ Conor A. Deane

Conor A. Deane
Attorney-in-Charge

2